## IN RE JAZMINE B.

The petition by the respondent father for certification for appeal from the Appellate Court, 121 Conn. App. 376 (AC 30390), is denied.

*Michael S. Taylor,* in support of the petition.

*Susan T. Pearlman,* assistant attorney general, in opposition.

Decided July 8, 2010

## STATE OF CONNECTICUT *v.* DRICE PICKEL

The defendant's petition for certification for appeal from the Appellate Court, 121 Conn. App. 443 (AC 30558), is denied.

*Christopher Y. Duby,* special public defender, in support of the petition.

*Brenda Hans,* deputy assistant state's attorney, in opposition.

Decided July 8, 2010